IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK AUSTIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BONEFISH GRILL, et al., | : | NO. 16-6509 |
| Defendants. | : | |

## ORDER

AND NOW, on August 30, 2017, upon consideration of the Defendants' Motion for Summary Judgment and supporting filings (docs. 29, 33) and Plaintiff's Response (doc. 32), and in accordance with the accompanying memorandum opinion, it is ORDERED that the motion is:

- GRANTED as to Plaintiff Mark Austin's sex discrimination claim (Count I);

- GRANTED as to Austin's race discrimination claim (Count II); and

- DENIED as to Austin's retaliation claim (Count III).

BY THE COURT:


/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE